Thad A. Davis (CSB # 220503)
Thad.Davis@ropesgray.com
Scott A. Mangum (CSB # 260758)
Scott.Mangun@ropesgray.com
ROPES & GRAY LLP
One Embarcadero Center
San Francisco, California 94111-3711
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

Attorneys for Defendant
JINGLE NETWORKS, INC., A DELAWARE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA REYES, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>JINGLE NETWORKS, INC., a Delaware corporation, and LIMBO, INC., a Delaware corporation,<br><br>    Defendants. | Civil Action No. C-09-01208 CRB<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

### [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT

Defendants Jingle Networks, Inc. and Limbo, Inc. (collectively "Defendants") and Plaintiff Sandra Reyes ("Plaintiff") have jointly stipulated and agreed that the time within which Defendants must answer or otherwise respond to the Plaintiff's Complaint for Damages and Injunctive Relief (the "Complaint"), as required by Federal Rule of Civil Procedure 81, shall be

extended as described in the Joint Stipulation to Extend Time to Respond to Class Action Complaint, attached hereto as Exhibit A.

Because Plaintiff intends to timely file a motion for remand, Defendants shall file responses to Plaintiff's Complaint no later than ten (10) days after a final and non-appealable ruling, made by a court of competent jurisdiction, regarding any motion to remand.

IT IS SO ORDERED.

Dated: March 31, 2009          By: _____
                                   Hon. Charles R. Breyer

