```
1   Thad A. Davis (CSB # 220503)
2   Thad.Davis@ropesgray.com
    Scott A. Mangum (CSB # 260758)
3   Scott.Mangum@ropesgray.com
4   ROPES & GRAY LLP
    One Embarcadero Center
5   San Francisco, California 94111-3711
    Telephone:  (415) 315-6300
6   Facsimile:  (415) 315-6350
7
    Attorneys for Defendant
8   JINGLE NETWORKS, INC., A DELAWARE CORPORATION
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>JINGLE NETWORKS, INC., a Delaware corporation, and LIMBO, INC., a Delaware corporation,<br><br>    Defendants. | Civil Action Nos. C-09-01208 and C-09-1232<br><br>[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT, ALLOWING PARTIES TO EXCEED PAGE LIMITATION, AND RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE |

Defendants Jingle Networks, Inc. and Limbo, Inc. (together, "Defendants") and Plaintiff Sandra Reyes ("Plaintiff," and collectively with Defendants, the "Parties") have jointly stipulated and agreed that the time within which Defendants must answer or otherwise respond to the Plaintiff's Complaint for Damages and Injunctive Relief (the "Complaint"), as required by Federal Rule of Civil Procedure 81, shall be extended as described in the Joint Stipulation to Extend Time to Respond to Class Action Complaint and Request to Reschedule of Initial Case Management Conference, attached hereto as Exhibit A.

In addition, the Parties have jointly stipulated that any opposition by Plaintiff to Defendants' response to the Complaint shall be filed within the time set forth in Exhibit A.

The Parties have also stipulated that Defendants shall maintain the ability to file a reply to Plaintiff's opposition in accordance with the governing local rules.

Further, the Parties have requested, as set forth in Exhibit A, that the Standing Order requiring that all motions be limited to no more than 15 pages be waived. In place of this standing order, the Parties have requested that Defendants anticipated motion to dismiss and Plaintiff's opposition thereto to reach up to, but not exceed, 25 pages in length.

Further, the Parties have requested, as set forth in Exhibit A, that the Initial Case Management Conference, previously scheduled for June 26, 2009, be rescheduled to July 17, 2009 or later.

In light of the Parties stipulation and request, and showing good cause, the Court orders as follows:

1) Because Plaintiff has properly withdrawn her Motion to Remand, the Defendants shall answer or respond to Plaintiff's Complaint no later than July 10, 2009.

2) Plaintiff's opposition to Defendants' anticipated motion to dismiss shall be filed no later than 28 days after the filing of such motion.

3) Nothing contained in this order shall have any effect on Defendants' right to file a reply to Plaintiff's opposition in accordance with the governing local rules.

4) Due to the number and complexity of claims involved in the above-captioned case, for purposes of Defendants' anticipated motion to dismiss and Plaintiff's opposition thereto, the 15-page limit on motions set forth in the Court's Standing Order shall be waived, and Defendants' anticipated motion to dismiss and Plaintiff's opposition thereto shall be permitted to reach up to, but not exceed, 25 pages in length.

2

[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT, WAIVE STANDING ORDER AND RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE
District Court for the Northern District of California Civil Action No. C-09-01208 and C-09-1232

1
2      5) The Initial Case Management Conference shall be rescheduled to
3  ___July 17, 2009 at 8:30 a.m.___ .
4  IT IS SO ORDERED.
5
6  Dated: __June 22, 2009__        By:_____
7                                  Hon. Charles
                                   UNITED STA
8
9

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

3

[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT, WAIVE
STANDING ORDER AND RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE
District Court for the Northern District of California Civil Action No. C-09-01208 and C-09-1232